James M. Donahue, Appellant, v. George D. Northridge, Respondent. — Judgment and order unanimously affirmed, with costs.

Rose Drusky, as Administratrix, etc., of Meyer Drusky, Deceased, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Herbert E. Eggleson, Respondent, v. Town of Potsdam, Appellant. — Judgment and order unanimously affirmed, with costs.

E. Watson Gardiner, Respondent, v. Willis Wendell, Appellant.— Judgment and order unanimously affirmed, with costs.

C. B. Goldacker, Respondent, v. Hudson River Orchard Company, Inc., Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Woodward, JJ., who dissented.

John Gardner, Respondent, v. Elmira, Corning and Waverly Railway, Appellant.— Motion denied.

Cora W. Keyes, Respondent, v. Lestershire Heights Realty Company and Griffin S. Ackley, Appellants.— Order affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs in this court and in the court below. All concurred.

Mary Lutkins, Respondent, v. Theodore L. Lutkins, Sr., Appellant. — Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of Walter S. West, Appellant, for the Removal of Hiram C. Todd, Respondent, and the Reinstatment of Himself as Trustee, etc.— Decree unanimously affirmed, with costs.

In the Matter of Charlotte Potter, Deceased. (Alleged Will, Dated May 8, 1912.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Judicial Settlement of the Account of Edward A. Pattison and Hugh P. Blackinton, as Executors, etc., of Charles A. Cheney, Late of the Village of Hoosick Falls, N. Y., Deceased. Cheney Free Public Library and Historical Rooms, etc., Appellant; The Samaritan Hospital of Troy and Others, Respondents.— Decree of the surrogate affirmed, with costs. All concurred, except Kellogg and Woodward, JJ., who dissented.

Richmond D. Moot, Appellant, v. Margaret A. Moot, Respondent. — Order modified by reducing counsel fee to $1,250, and as modified affirmed, without costs. All concurred; Woodward, J., not sitting.

In the Matter of the Claim of Edward Edwardson, Respondent, against Jarvis Lighterage Company, Employer. and Ætna Life Insurance Company, Insurer, Appellants.— Motion denied.

In the Matter of the Claim of Adam Welch, Respondent, for Compensation under the Workmen's Compensation Law, v. New York, New Haven and Hartford Railroad Company, Employer and Self Insurer,